**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Luanne H. Giese, | Civil No. 06-4242 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| UNUM Life Insurance Company of America, | |
| Defendant. | |

_____

Based upon the Stipulation of the parties (Doc. No. 11), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** on the merits and without an award of costs and attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 9, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge